| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Coogler, Lawrence S. | 2. Court or Organization Northern District of Alabama | 3. Date of Report 5/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address Tuscaloosa Federal Building 1118 Greensboro Ave. Rm. 316 Tuscaloosa, AL 35401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Homeowner's Association |
| 2. Director | American Christian Academy |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of Alabama, Retirement Systems - Retirement Account - I have no control over this account. |
| 2. | |
| 3. | |

Coogler, Lawrence S.

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | |
| 2. | |
| 3 | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Tuscaloosa | Real Estate Mortgage (C&C Rental)(33rd) | J |
| 2. | Citimortgage | Real Estate Mortgage (Rental) (Hhills) | K |
| 3. | Bank Of America - Loan sold by Countrywide Mortgage | Real Estate Mortgage (C. Creek) | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AUSI Common Stock (Personal) | | None | J | T | | | | | |
| 2. SNV Common Stock (Personal) | A | Dividend | J | T | | | | | |
| 3. RF Common Stock (personal) | A | Dividend | | | Sold | 05/06/09 | J | A | |
| 4. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 5. | | | | | Sold (part) | 04/09/09 | J | A | |
| 6. | | | | | Buy (add'l) | 04/21/09 | J | | |
| 7. | | | | | Sold (part) | 04/21/09 | J | A | |
| 8. | | | | | Buy (add'l) | 04/23/09 | J | | |
| 9. | | | | | Buy (add'l) | 04/23/09 | J | | |
| 10. | | | | | Sold (part) | 04/23/09 | J | A | |
| 11. | | | | | Sold | 05/06/09 | J | A | |
| 12. | | | | | Buy | 05/12/09 | J | | |
| 13. | | | | | Buy (add'l) | 05/13/09 | J | | |
| 14. | | | | | Sold (part) | 05/14/09 | J | A | |
| 15. | | | | | Sold | 05/21/09 | J | A | |
| 16. Rental Property No. 2, Tuscaloosa, AL (___) HH | D | Rent | M | W | | | | | |
| 17. Rental Property No. 3, Tuscaloosa, AL (___) Cap | D | Rent | M | W | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. [____], Jnt. Vnt. [____] Tuscaloosa, AL) 50% Int | D | Rent | K | W | | | | | |
| 19. Checking Account #1 Bank of Tuscaloosa | | None | J | T | | | | | |
| 20. Checking Account #2 Bank of Tuscaloosa | | None | K | T | | | | | |
| 21. Savings Account - Compass Bank | A | Interest | K | T | | | | | |
| 22. Money Market Account #1 - Bank of Tuscaloosa | A | Interest | K | T | | | | | |
| 23. TD Waterhouse Bank Money Market Account (____) | A | Interest | J | T | | | | | |
| 24. TD Waterhouse Bank Money Market Account (CHC) | A | Interest | J | T | | | | | |
| 25. TD Waterhouse Bank Money Market Account (HCC) | A | Interest | J | T | | | | | |
| 26. TD Waterhouse Money Market Account (ADC) | A | Interest | J | T | | | | | |
| 27. Checking Account- Life Insurance Trust - Bank of Tuscaloosa | | None | J | T | | | | | |
| 28. RF Common Stock (CHC) | A | Dividend | J | T | | | | | |
| 29. | | | | | Buy (add'l) | 05/12/09 | J | | |
| 30. WFC Common Stock formerly WB (CHC) | A | Dividend | J | T | | | | | |
| 31. SNV Common Stock (CHC) | A | Dividend | J | T | | | | | |
| 32. AUSI Common Stock (CHC) | | None | J | T | | | | | |
| 33. RF Common Stock (HCC) | A | Dividend | J | T | | | | | |
| 34. | | | | | Buy (add'l) | 05/12/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12 2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. WFC Common Stock formerly WB (HCC) | A | Dividend | J | T | | | | | |
| 36. SNV Common Stock (HCC) | A | Dividend | J | T | | | | | |
| 37. RF Common Stock (ADC) | A | Dividend | J | T | | | | | |
| 38. | | | | | Buy (add'l) | 05/13/09 | J | | |
| 39. WFC Common Stock formerly WB (ADC) | A | Dividend | J | T | | | | | |
| 40. SNV Common Stock (ADC) | A | Dividend | J | T | | | | | |
| 41. Real Estate Rental, Sherwood East, Ltd. 1/12 | | None | J | U | | | | | |
| 42. IRA (LSC) -TransAmerica Asset Allocation Fund | | None | K | T | | | | | |
| 43. Prepaid College Tuition Plan, State of Alabama (CHC) | C | Distribution | J | W | | | | | |
| 44. Prepaid College Tuition Plan, State of Alabama (HCC) | | None | J | W | | | | | |
| 45. Prepaid College Tuition Plan, State of Alabama (ADC) | | None | J | W | | | | | |
| 46. Real Estate, IHOP, LLC., Tuscaloosa, AL 40% | D | K-1 | M | U | | | | | |
| 47. Money Market Account #3, Bank of Tuscaloosa (CHC) | A | Interest | J | T | | | | | |
| 48. Money Market Account #4, Bank of Tuscaloosa (HCC) | A | Interest | J | T | | | | | |
| 49. Money Market Account #5, Bank of Tuscaloosa (ADC) | A | Interest | J | T | | | | | |
| 50. Savings Account - BFE Federal Credit Union | A | Interest | J | T | | | | | |
| 51. Retirement Systems - State of Alabama | A | Interest | K | T | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HCKT (Personal) | | None | J | T | | | | | |
| 53. Rental Property No. 4 -Tuscaloosa, AL (CC) | D | Rent | M | W | | | | | |
| 54. | D | Dividend | K | U | | | | | |
| 55. Checking Account Compass Bank (CHC) | | None | J | T | | | | | |
| 56. Rental Property No. 5 (C. Creek) - Tuscaloosa, AL. | D | Rent | M | W | | | | | |
| 57. Merril Lynch Retirement Fund | | None | M | T | | | | | |
| 58. Checking Account Compass Bank (HCC) | | None | J | T | | | | | |
| 59. TSS | A | Dividend | J | T | | | | | |
| 60. TSS (CHC) | A | Dividend | J | T | | | | | |
| 61. TSS (HCC) | A | Dividend | J | T | | | | | |
| 62. TSS (ADC) | A | Dividend | J | T | | | | | |
| 63. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note:

The prepaid tuition plans are state plans that I have no control over. They are valued at their cost.

The incomes listed for the LLC's and the Ltd are K-1 incomes. The values for these assets are stated at my ownership percentage.

The Retirement Account listed on line 51 in Section VII constitutes the funds that are available to me due to my payments into my State of Alabama Retirement. When I resigned from the State of Alabama, those funds became available to me. I have chosen to leave those funds with the State of Alabama Retirement Systems and draw interest on those funds. Before I resigned, the retirement account was an obligation of the State of Alabama Retirement Systems to pay a percentage of my salary once I reached retirement age.

The IRA listed on line 27 in Section VII in the 2008 report was transferred to Merril Lynch due to a our broker changing to that firm. The IRA is now invested in TransAmerica Asset Allocation Fund as shown on line 43 of this report.

The UBS Retirement Fund listed on line 42 in Section VII in the 2008 report was transferred to Merril Lynch due to a [ ] accounting firm's broker changing to that firm. The retirement fund is now shown on line 57 of this report.

| Name of Person Reporting | Date of Report |
|---|---|
| Coogler, Lawrence S. | 5/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544